## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 13-cv-02447-RM-MJW

CALEB G. LUBANGA,

    Petitioner,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY,

    Respondent.

## ORDER

THIS MATTER comes before the Court *sua sponte*. Applicant Caleb G. Lubanga filed an "Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" ("Application"). The Court has reviewed Mr. Lubanga's *pro se* Application and finds it has been improperly classified as a *habeas* application under § 2241. Mr. Lubanga's papers show he is seeking *de novo* judicial review of a final determination under 8 U.S.C. § 1421(c) and Title 8 of Chapter I, Subchapter C of the Code of Federal Regulations. Accordingly, construing Mr. Lubanga's papers liberally in light of his *pro se* status, and to effectuate the intent of his Application, the Court hereby ORDERS:

1. That this Court's Order to Show Cause (ECF No. 7) is hereby stricken;

2. That this matter be interpreted as and deemed a petition for review of the denial of Mr. Lubanga's application for naturalization under 8 U.S.C. § 1421(c) and the federal regulations promulgated thereunder;

3. That the Clerk of the Court shall redesignate this matter in the Court's Electronic Document System and otherwise as a request for judicial review of naturalization denials;

4. That this Court's prior referral to the Magistrate Judge (ECF No. 13) is hereby stricken and the matter is instead referred to the Magistrate Judge only for the following limited purposes:

   a. Address any filing fee issues caused by the redesignation herein;

   b. Monitor and address any service matters under 8 C.F.R. § 336.9; and

   c. Enter appropriate directions or orders to cause the administrative record to be filed with the Court;

5. That Mr. Lubanga need not file a reply to Respondent U.S. Department of Homeland Security's "Response to Order to Show Cause." (ECF No. 11.); and

6. That the caption of this matter is modified to reflect Mr. Lubanga as "Petitioner."

Upon receipt of the administrative record, the Court may enter such other orders as appropriate to facilitate *de novo* review.

DATED this 1st day of November, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge